| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Joshua Humphries<br>Attorney ID No. 013332008<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  856-831-7119<br>Facsimile:  (856) 282-1090<br>Attorney for Debtor(s) | |
| In Re:<br><br>     James T. and Robin L. Atkins<br><br>Debtor(s) | Case No:  19-31781-JNP<br><br>Chapter:  Chapter 13<br><br>Judge:    Jerrold N. Poslusny, Jr. |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO §362(c)(3)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed November 20, 2019, has been received.  The undersigned further certifiers that the Court's docket in this case has been reviewed and no answer, objection or other responsive please to the Motion appears therein.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 11, 2019.

Is it hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 12, 2019                                              /s/ Joshua Humphries_____
                                                                                            Joshua Humphries, Esq.