| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Joshua Humphries, Esq.<br>NJ ID 013332008<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  856-831-7119<br>Facsimile:  (856) 282-1090<br>Attorney for Debtor(s) | Order Filed on December 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James T. and Robin L. Atkins<br><br>Debtor(s) | Case No: 19-31781-JNP<br><br>Chapter:  Chapter 13<br><br>Judge:   Jerrold N. Poslusny, Jr. |

## ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: December 17, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS CASE came on for consideration, upon the debtor, James T. and Robin L. Atkins's, Motion to Extend the Automatic Stay as to all Creditors. For the reasons set forth in the Motion, the Court finds that the Motion should be granted.

The Motion is Granted and the Court hereby Extends the Automatic Stay as to all creditors.