IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Joshua Humphries, Esq.
NJ ID 013332008
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Facsimile:  (856) 282-1090
Attorney for Debtor(s)

Order Filed on December 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James T. and Robin L. Atkins

Debtor(s)

Case No: 19-31781-JNP

Chapter:  Chapter 13

Judge:   Jerrold N. Poslusny, Jr.

## ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____2_____ is **ORDERED**.

**DATED: December 17, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS CASE came on for consideration, upon the debtor, James T. and Robin L. Atkins's, Motion to Extend the Automatic Stay as to all Creditors. For the reasons set forth in the Motion, the Court finds that the Motion should be granted.

The Motion is Granted and the Court hereby Extends the Automatic Stay as to all creditors.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-31781-JNP
James Thomas Atkins                                             Chapter 13
Robin Lynn Atkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +James Thomas Atkins,   Robin Lynn Atkins,   82 Crescent Hollow Drive,   Sewell, NJ 08080-9655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren D. Levy    on behalf of Joint Debtor Robin Lynn Atkins jday@keaveneylegalgroup.com
              Warren D. Levy    on behalf of Debtor James Thomas Atkins jday@keaveneylegalgroup.com
                                                                                              TOTAL: 6