"This Law Firm is designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States."

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. Thank you for your cooperation.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(800) 219-0939  Fax: (856) 282-1090

Joshua Humphries 013332008

| In Re: | Case No.: | 19-31781-JNP |
|---|---|---|
| James Thomas Atkins | | |
| Robin Lynn Atkins | Judge: | Jerrold N. Poslusny, Jr. |
| Debtor(s) | Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, __James Thomas Atkins__, upon my oath according to law, hereby certify as follows:

I, __Robin Lynn Atkins__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __February 5, 2020__.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct.

DATED __1/30/2020__    _/s/ James Thomas Atkins_
DATED __1/30/2020__    _/s/ Robin Lynn Atkins_