| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Warren Levy, Esq.<br>NJ ID 032181989<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  (856) 831-7119<br>Facsimile:  (856) 282-1090<br>Attorney for Debtor(s) | |
| In re:<br>    James Thomas Atkins<br>    Robin Lynn Atkins | Case No.:    19-31781-JNP<br><br>Chapter:    13<br><br>Judge:    Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, __Jamie A. Day__ :

    ☐ represent ___ in this matter.

    ☑ am the Paralegal for __Warren Levy__, who represents __Debtor(s)__ in this matter.

    ☐ am the ___ in this case and am representing myself.

2. On __March 24, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   NOTICE OF CHAPTER 13 TRANSMITTAL LETTER; CHAPTER 13 PLAN; AND DEBTORS' MOTION TO VOID LIEN AND RECLASSIFY CLAIM, NOTICE OF HEARING DATE AND DEADLINES, CERTIFICATION OF ATTORNEY AND PROPOSED ORDER

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    March 24, 2020                                    /s/ Jamie A. Day
                                                                              Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shapiro & DeNardo<br>14000 Commerce Parkway<br>Suite B<br>Mount Laurel, NJ 08054 | Counsel for Lienholder | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev. 8/1/15
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy