| |
|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Warren Levy, Esq.<br>NJ ID No. 032181989<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ 08052<br>Telephone: (856) 831-7119<br>Facsimile: (856) 282-1090<br>Attorney for the Debtors |

| In Re: | Case No: 19-31781-JNP |
|---|---|
| James T. Atkins,<br>Robin L. Atkins,<br><br>Debtors. | Chapter: Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S
MOTION TO AVOID LIEN OF WELLS FARGO BANK**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien of Wells Fargo Bank, filed January 30, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive please to the Motion appears therein. Pursuant to the Notice of Debtor's Motion, objections to the Motion to Avoid Lien of Wells Fargo were to be filed and served no later than May 12, 2020.

Is it hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 13, 2020

/s/ Warren Levy__
Warren Levy, Esq.