| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Warren Levy, Esq. <br> NJ ID 032181989 <br> Keaveney Legal Group <br> 1000 Maplewood Drive <br> Suite 202 <br> Maple Shade, NJ 08052 <br> Telephone:  (856) 831-7119 <br> Facsimile:  (856) 282-1090 <br> Attorney for the Debtors | |
| In Re: <br><br> James Thomas Atkins and <br> Robin Lynn Atkins, <br><br> Debtor(s) | Case No:  19-31781-JNP <br><br> Chapter:  13 <br><br> Judge:  Jerrold N. Poslusny, Jr. |

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## **ORDER**

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: May 19, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IT IS ORDERED and DECREED that:

    a.    The Respondent WELLS FARGO BANK, N.A. has no secured interest in the HELOC, loan number ending 0001 with respect to the Property;

    b.    The lien securing the HELOC is declared void subject to entry of a Discharge Order;

    c.    WELLS FARGO BANK, N.A.'s HELOC is to be treated as unsecured.