IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Warren Levy, Esq.
NJ ID 032181989
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone:    (856) 831-7119
Facsimile:    (856) 282-1090
Attorney for the Debtors

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Thomas Atkins and
Robin Lynn Atkins,

Debtor(s)

Case No:    19-31781-JNP

Chapter:    13

Judge:    Jerrold N. Poslusny, Jr.

## ORDER

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IT IS ORDERED and DECREED that:

    a.    The Respondent WELLS FARGO BANK, N.A. has no secured interest in the HELOC, loan number ending 0001 with respect to the Property;

    b.    The lien securing the HELOC is declared void subject to entry of a Discharge Order;

    c.    WELLS FARGO BANK, N.A.'s HELOC is to be treated as unsecured.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-31781-JNP
James Thomas Atkins                                             Chapter 13
Robin Lynn Atkins
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 19, 2020
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
db/jdb    +James Thomas Atkins,    Robin Lynn Atkins,    82 Crescent Hollow Drive,    Sewell, NJ 08080-9655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren D. Levy    on behalf of Joint Debtor Robin Lynn Atkins gdeangelo@keaveneylegalgroup.com, fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
      Warren D. Levy    on behalf of Debtor James Thomas Atkins gdeangelo@keaveneylegalgroup.com, fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                TOTAL: 7