Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-31781 (JNP)**

James T. Atkins and Robin L. Atkins  
82 Crescent Hollow Drive  
Sewell, NJ  08080

Monthly Payment: $2,246.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,800.00 | 02/05/2020 | $1,800.00 | 02/28/2020 | $1,800.00 | 04/03/2020 | $1,800.00 |
| 05/04/2020 | $1,800.00 | 06/02/2020 | $1,800.00 | 07/07/2020 | $1,800.00 | 08/04/2020 | $1,800.00 |
| 09/02/2020 | $1,800.00 | 10/02/2020 | $2,246.00 | 11/03/2020 | $2,246.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JAMES T. ATKINS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSHUA HUMPHRIES, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | WARREN LEVY, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DEPARTMENT OF THE TREASURY | 24 | $16,070.52 | $2,828.62 | $13,241.90 | $0.00 |
| 3 | PJ FITZPATRICK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PLUESE, BECKER & SALTZMAN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | WILMINGTON SAVINGS FUND SOCIETY FSB | 24 | $74,608.56 | $9,746.60 | $64,861.96 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | USAF, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK, N.A. | 33 | $22,220.12 | $0.00 | $22,220.12 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JOSHUA HUMPHRIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ROBIN L. ATKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ASCENDIUM EDUCATION SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 8.00 | $0.00 |
| 08/01/2020 | Paid to Date | $16,200.00 |
| 09/01/2020 | 51.00 | $2,246.00 |
| 12/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $20,692.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $3,385.46 |
| Arrearages: | $2,692.00 |
| Attorney: | WARREN LEVY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**