UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    James Thomas Atkins
    Robin Lynn Atkins

Case No.:     1:2019-bk-31781

Adversary No.:     _____

Chapter:     13

Judge:     Judge Jerrold N. Poslusny Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.   NOTE: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:      Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:     Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:     Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.:     800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:     02/04/2022     /s/ Alonda Janice Long
    Signature

*rev.8/1/2021*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE:**                                   **CASE NO.:**    **19-31781**

**James Thomas Atkins**                      **CHAPTER:**    **13**

**Robin Lynn Atkins**

       **Debtor(s).**

_____/

### CERTIFICATE OF SERVICE

I hereby certify that on or before February 07, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**<u>SERVICE LIST</u>**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                      James Thomas Atkins
                                      82 Crescent Hollow Drive
                                      Sewell, NJ 08080

                                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                      Robin Lynn Atkins
                                      82 Crescent Hollow Drive
                                      Sewell, NJ 08080

*Debtor's Attorney:*              *By CM / ECF Filing:*

                                      James DiMaggio
                                      Keaveney Legal Group, LLC
                                      1000 Maplewood Dr
                                      Suite 202
                                      Maple Shade, NJ 08052

*Trustee:*                        *By CM / ECF Filing:*

*Trustee:*                    Isabel C. Balboa
                             Chapter 13 Standing Trustee
                             Cherry Tree Corporate Center
                             535 Route 38 - Suite 580
                             Cherry Hill, NJ 08002


                             /s/ John Shelley
                             _____
                             InfoEx, LLC
                             (as authorized agent for Wells Fargo Bank,
                             N.A.)