UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

In Re:
James Thomas Atkins,
Robin Lynn Atkins,
Debtors.

Case No.: 19-31781-JNP
Adversary No.: _____
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, creditor

Old address:   Selene Finance, LP
Attn: BK Dept.
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

New address:   (Notices & Payments)
Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   ___06/19/2022_____       /s/*Aleisha C Jennings*_____
                                  Signature

*rev.2/1/16*

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on June 22, 2022, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**James Thomas Atkins**
82 Crescent Hollow Drive
Sewell, NJ 08080

**Robin Lynn Atkins**
82 Crescent Hollow Drive
Sewell, NJ 08080

And via electronic mail to:

**Warren D. Levy**
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052

**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Laura Stewart

*rev.2/1/16*