UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                  CASE NO.: 19-31781-JNP
                                                                                         CHAPTER 13
**James Thomas Atkins,**
   Debtor.

**Robin Lynn Atkins,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

        Robertson, Anschutz, Schneid, Crane &
        Partners, PLLC
        Authorized Agent for Secured Creditor
        130 Clinton Rd #202
        Fairfield, NJ 07004
        Telephone: 470-321-7112

        By: /s/Harold Kaplan
            Harold Kaplan
            Email: hkaplan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on July 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES THOMAS ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

And via electronic mail to:

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                            By: /s/ Brianna Carr