UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Dr
Suite 202
Maple Shade, NJ 08052
800-219-0939
Fax : 856-282-1090
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtor

In Re:

James T. Atkins and Robin L. Atkins

Case No.:        19-31781-JNP

Judge:        Jerrold N. Poslusny Jr.

Chapter:        13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.        ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☒ Certification of Default filed by  Wilmington Savings Fund Society,

I am requesting a hearing be scheduled on this matter.

2.        I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):

Attached are the canceled checks for six payments from October 2022 to March
2023.  These checks total $13,393.60.  The April 2023 payment has been made
but the check has not cleared the debtors' bank account.  It is unclear from the
certification filed by the creditor which of these payments the creditor has not
received.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _04/12/2023_____                              /s/Robin L. Atkins_____
                                                             Debtor's Signature

Date: _____                                    _____
                                                             Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|-----------|----------------|
| VIEWPOINTE | 20221025 | 7579 | 2120002 | | 000060 | 2,671.24 | 8428518008 | 00007624 |



Oct. mortgage

JAMES T. ATKINS
ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

7579

DATE 10/3/2022

PAY TO THE
ORDER OF: Selene Finance    $ 2671.24

Two Thousand Six Hundred Seventy-One 24/100 DOLLARS

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

OCT 21 2022

MEM

For Deposit Only
Selene Finance LP
150308840B

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20221118 | 7586 | 2120002 | | 000060 | 2,671.24 | 8327166992 | 00007624 |

JAMES T. ATKINS
ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

7586

55-2/212

DATE Nov 12, 2022

PAY TO THE
ORDER OF  Selene Finance   LF   $ 2671.24

Two Thousand Six Hundred Seventy one 24/100   DOLLARS

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

MEMO

11/17/2022  022224 **Credited to the account of within named payee**
**Absence of endorsement Guaranteed Signature Bank**
11/17/2022   0000000143   0000001503095560

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20221222 | 7595 | 2120002 | | 000060 | 2,012.78 | 8227132801 | 00007624 |

JAMES T. ATKINS
ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

7595

55-2/212

DATE 12/15/2022

PAY TO THE
ORDER OF Selene Finance LP $ 2012.78

Two Thousand Twelve Dollars & 78/00 DOLLARS

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

MEMO

12/21/2022 027725 048
Credited to the account of within named payee
Absence of endorsement Guaranteed Signature Bank
12/21/2022 0000000193 000000130409560

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|-----------|----------------|
| VIEWPOINTE | 20230112 | 7600 | 2120002 | | 000060 | 2,012.78 | 8424541725 | 00007624 |

AccT

JAMES T. ATKINS
ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

55-2/212

7600

DATE Jan. 6, 2023

PAY TO THE
ORDER OF  I love Finance                                    $ 2012.78

Two thousand twelve Dollars & 78/xx  DOLLARS

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

MEMO  Car Payment

7600

Credited to the account of within named payee
Absence of endorsement Guaranteed Signature Bank
01/11/2023   0000000450   00000015036095560

03/11/2023  025894·074

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|-----------|----------------|
| VIEWPOINTE | 20230216 | 7503 | 2120002 | | 000060 | 2,012.78 | 8827804220 | 00007624 |

JAMES T. ATKINS                                              7503
ROBIN LYNN ATKINS
82 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

DATE 2/10/2023

PAY TO THE
ORDER OF   Selene Finance                    $ 2012.78

Two Thousand Twelve Dollars 78/xx        DOLLARS

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

MEMO

029547  002
02/14/2023

**Credited to the account of within named payee.**
**Absence of endorsement Guaranteed Signature Bank**
02/15/2023  0000000295   00000015030095660

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|-----------|----------------|
| VIEWPOINTE | 20230310 | 7505 | 2120002 | | 000060 | 2,012.78 | 8829409630 | 00007624 |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.