Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–31781–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Thomas Atkins
82 Crescent Hollow Drive
Sewell, NJ 08080

Robin Lynn Atkins
82 Crescent Hollow Drive
Sewell, NJ 08080

Social Security No.:
xxx–xx–6695                                             xxx–xx–0272

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              May 9, 2023
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*55* – Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 04/12/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust) filed by Christopher G. Cassie on behalf of James Thomas Atkins, Robin Lynn Atkins. (Cassie, Christopher)

and transact such other business as may properly come before the meeting.

Dated: April 13, 2023
JAN: jpl

Jeanne Naughton
Clerk