UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

James Thomas Atkins
Robin Lynn Atkins

Case No.:     19-31781-JNP

Chapter:     13

Judge:     Jerrold N. Poslusny Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, James Thomas Atkins                                    , debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☒ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:     5/8/2025                              /s/ James Thomas Atkins

                                               Debtor's Signature

**IMPORTANT:**

•  **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

•  **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

James Thomas Atkins

Robin Lynn Atkins

Case No.:     19-31781-JNP

Chapter:     13

Judge:     Jerrold N. Poslusny Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Robin Lynn Atkins _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ___5/8/2025___

/s/ Robin Lynn Atkins
_____
Debtor's Signature

**IMPORTANT**:

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

• **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*